| KB REAL ESTATE INVESTMENTS, LLC | * | NO. 2023-C-0472 |
| --- | --- | --- |
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| LOAN FUNDER LLC SERIES, ET AL. | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*JCL*   **LOBRANO, J., CONCURS IN THE RESULT**